**Order entered September 18, 2020**



**In The**

**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-20-00784-CV

### GALOVELHO, LLC, Appellant

### V.

### GREG ABBOTT, ET AL., Appellees

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-02595-2020**

## ORDER

Before the Court is appellant's September 1, 2020 motion requesting this Court to order the trial court to make findings of fact and conclusions of law. We **DENY** the motion.

/s/    BILL WHITEHILL
          JUSTICE